JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DAVIDSON, | Case No. CV 25-10261 FMO (DFMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KAI-TAI CHANG, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 27th day of January, 2026.

/s/
Fernando M. Olguin
United States District Judge